```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARLENE ROSADO, ET AL,

                Plaintiffs,

       -v-

IGNACIO CASTILLO, ET AL,

                Defendants.
------------------------------------------------------------------X

20-cv-3913 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiffs' motion for default judgment (Dkt. No. 17).  IT IS HEREBY ORDERED that Defendants shall file a response no later than September 1, 2020.

    IT IS FURTHER ORDERED that the parties shall appear for a default judgment hearing on September 15, 2020 at 5:00 p.m.  They are directed to call (888) 251-2909 and use access code 2123101.  The conference previously set for August 5, 2020 is CANCELLED.

    SO ORDERED.

Dated: July 28, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                   United States District Judge