**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARLENE ROSADO and CARLOS ROSADO,

                      Plaintiffs,

                                                                20 **CIVIL** 3913) (LJL)

            -against-                                     **DEFAULT JUDGMENT**

IGNACIO CASTILLO, individually and d/b/a
"EXCLUSIVE MANAGEMENT CO.",
EXCLUSIVE REALTY CORP. and 118
REALTY ASSOC., LLC,

                      Defendants.
-----------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated March 29, 2021, Plaintiffs are entitled to a default judgment in the amount of $266,922.62, plus $6,835.50 in costs, disbursements, and attorney's fees. If Plaintiffs wish to correct the apparent oversights in their calculation of the total judgment, they have leave to move to correct the judgment under Federal Rule of Civil Procedure 60 by April 12, 2021.

 **DATED**: New York, New York
            March 29, 2021

                                                                 **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                                          BY:_____
                                                                **Deputy Clerk**