```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ARLENE ROSADO & CARLOS ROSADO,                                         :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :      20-cv-3913 (LJL)
        -v-                                                            :
                                                                       :          ORDER
IGNACIO CASTILLO, individually and d/b/a                               :
"EXCLUSIVE MANAGEMENT CO.", EXCLUSIVE                                  :
REALTY CORP. and 118 REALTY ASSOC., LLC,                               :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2021

LEWIS J. LIMAN, United States District Judge:

The parties in this matter have reached a settlement in principle. *See* Dkt. No. 31. The case was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Under current Second Circuit law, any settlement—including any proposed attorney's fee award—must be scrutinized by the Court to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties are directed to appear telephonically for a settlement approval hearing on April 23, 2021 at 3:30 p.m. Plaintiffs shall appear at the hearing and, if necessary, with an interpreter. The parties are directed to dial (888) 251-2909 and use the access code 2123101.

SO ORDERED.

Dated: April 13, 2021
       New York, New York                   _____
                                                 LEWIS J. LIMAN
                                                 United States District Judge