```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ARLENE ROSADO & CARLOS ROSADO,                                       :
                                                                     :
                               Plaintiffs,                           :
                                                                     :        20-cv-3913 (LJL)
            -v-                                                      :
                                                                     :           ORDER
IGNACIO CASTILLO, individually and d/b/a                             :
"EXCLUSIVE MANAGEMENT CO.", EXCLUSIVE                                :
REALTY CORP. and 118 REALTY ASSOC., LLC,                             :
                                                                     :
                               Defendants.                           :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021

LEWIS J. LIMAN, United States District Judge:

After considering the factors set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and *Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020), as well as the hours spent by counsel on the matter, the result achieved and risks taken, the skill of counsel, and the contingency fee agreement, the Court will approve an attorneys fee award of $25,000. The parties have leave to submit a revised settlement agreement to the Court which the Court will approve under *Cheeks* on the basis of the hearing held on April 23, 2021.

SO ORDERED.

Dated: April 26, 2021
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                       United States District Judge